IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CR-00051-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHRISTOPHER RIOS RODRIGUEZ, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's Motion to Suppress. [Doc. No. 15]. It appearing that the issues raised in the Defendant's Motion are of particular importance to the criminal case against him, the Court finds it appropriate to conduct a hearing on the Motion. Accordingly, the Court will conduct a suppression hearing on **JANUARY 4, 2016 at 10:00AM** at the Statesville Courthouse.

The parties are **ORDERED** to be prepared to discuss the recent Supreme Court case of *Rodriguez v. United States*, 575 U.S. \_\_\_, 135 S. Ct. 1609, 191 L. Ed. 2d 492 (2015), and its applicability to the facts surrounding the Defendant's traffic stop and subsequent arrest. Assuming *Rodriguez* applies to the facts of this case, the parties are further **ORDERED** to be prepared to discuss whether, under applicable Supreme Court and Fourth Circuit precedent, State Trooper Andrew Waycaster had "reasonable suspicion of criminal activity [that] justified detaining [Defendant] beyond completion of the traffic infraction investigation." *See Rodriguez*, 135 S. Ct. at 1616-17. Further, assuming that Trooper Waycaster had no "reasonable suspicion" to extend the Defendant's detention, the parties are **ORDERED** to be prepared to discuss the Exclusionary Rule and the "Fruit of the Poisonous Tree" Doctrine, as such may be applicable to the facts at hand. *See*,

-1-

*e.g.*, *Elkins v. United States*, 364 U.S. 206 (1960); *Nardone v. United States*, 308 U.S. 338 (1939); *accord United States v. Leon*, 468 U.S. 897, 906 (1984) ("Whether the exclusionary sanction is appropriately imposed in a particular case . . . is an issue separate from the question whether the Fourth Amendment rights of the party seeking to invoke the rule were violated by police conduct." (citation and internal quotation marks omitted)).

**SO ORDERED**.

Signed: December 8, 2015

Richard L. Voorhees
United States District Judge